UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ramon Guerrero

       v.           06-cv-173-SM

NH Department of Corrections, et al.

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 10, 2007, no objection having been filed, for the reasons set forth therein.   Plaintiff's due process claim and defendant New Hampshire Department of Corrections is hereby dismissed.   The inadequate medial care claim and pendant State law claims against defendants Freedman, Carroll and Ash, and the service of the failure to protect claim  and pendant State law claims against defendants Christie and Conner will go forward.

    SO ORDERED.

July 23,  2007

_____
Steven J. McAuliffe
Chief Judge

cc:   Lawrence A. Vogelman , Esq.
      Glenn A. Perlow, Esq.