UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ramon Guerrero

    v.                                    Civil No. 06-cv-173-JL

N.H. Department of
Corrections, et al.

**O R D E R**

The respondents' motion for summary judgment (doc. #14) is GRANTED.  The record before the court, which included affidavits from New Hampshire State Prison personnel and copies of Inmate Request Slips, establishes that the petitioner never progressed beyond the first level of the New Hampshire State Prison's grievance procedure with respect to the claims before the court, and the petitioner has filed no objection or response suggesting otherwise.  The court finds and rules that the petitioner has failed to exhaust his administrative remedies before bringing suit as required by the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e(a) (2001).  See Knowles v. N.H. State Dept. of Corr., 538 F. Supp.2d 453, 459-60 (D.N.H. 2008).  As administrative exhaustion is a prerequisite to bringing suit, the respondents are awarded summary judgment.

**SO ORDERED.**

/s/ Joseph Laplante
_____
Joseph N. Laplante
United States District Judge

Dated:    June 19, 2008

cc:   Lawrence A. Vogelman, Esq.
      Glenn A. Perlow, Esq.